UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN ERIC BLUNCK,<br><br>    Plaintiff,<br><br>    v.<br><br>CONAGRA FOODS, INC.; CONAGRA FOODS LAMB WESTON, INC.; CONAGRA FOODS SHORT-TERM DISABILITY PLAN; and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | No. 2:16-cv-00226-SAB<br><br>**ORDER ENTERING STIPULATED DISMISSAL** |

Before the Court is the parties' Stipulated Dismissal with Prejudice, ECF No. 20. The parties aver under Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff dismisses all claims against all Defendants with prejudice, and that Defendants stipulate to the dismissal. The Court finds good cause to accept the stipulation, dismiss all claims with prejudice, and close the case.

//
//
//
//

**ORDER ENTERING STIPULATED DISMISSAL ^ 1**

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Dismissal with Prejudice, ECF No. 20, is accepted by the Court and **ENTERED** into the record.

2. All of Plaintiff John Eric Blunck's claims in this action against Defendants are **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and to **CLOSE THE CASE**.

**DATED** this 21st day of February, 2017.



        Stanley A. Bastian
        United States District Judge

**ORDER ENTERING STIPULATED DISMISSAL ^ 2**